IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CECIL LAMAR FORT,** | Case No. 2:18-cv-02603-EFB |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **SHAWN HATTON, Warden,** | |
| Respondent. | |

For good cause shown, the time for respondent to serve and file an answer to the petition for writ of habeas corpus herein shall be extended to December 26, 2018.

Dated: November 7, 2018.

_____
The Honorable Edmund F. Brennan
United States Magistrate Judge

SF2018401150
42073213.docx